### THE UNION MUTUAL BUILDING AND LOAN ASSO-CIATION *v.* COULTER ET AL.

[No. 3,973.   Filed March 18, 1902.]

From Clinton Circuit Court; *J. V. Kent*, Judge.

Action by the Union Mutual Building and Loan Association against David A. Coulter and others. From a judgment for defendants, plaintiff appeals. *Reversed.*

*J. Claybaugh, N. P. Claybaugh, J. E. Franklin, R. W. McBride* and *C. S. Denny*, for appellant.
*O. E. Brumbaugh* and *J. Combs*, for appellees.

PER CURIAM.—Upon the authority of *Indiana, etc., Assn.* v. *Plank*, 152 Ind. 197, the complaint in this cause is held sufficient, and upon

the authority of *Union, etc., Assn.* v. *Aichele, ante,* 69, the cross-complaint is held insufficient.

The judgment is therefore reversed, with instructions to the trial court to overrule the demurrer to the complaint and sustain the demurrer to the cross-complaint.